# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 13, 2007

133527 & (13)

In re:

The Honorable JEANETTE O'BANNER-OWENS,
36th District Court

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 133527
JTC: Formal Complaint No. 80

_____/

By order of May 16, 2007, the Judicial Tenure Commission was directed to provide the respondent with copies of the eight-page letter or letters that the Commission sent to the physicians who examined the respondent pursuant to MCR 9.207(D), and the respondent was directed to provide an updated report from Dr. Aronson and any additional reports and supplemental briefing that the respondent deemed necessary. On order of the Court, the updated report and the respondent's supplemental brief having been received, the petition for interim suspension is again considered, and it is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 13, 2007

Clerk

p0613